ENT- NO JSG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANCO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SARVA GROVER, et al.,<br><br>　　　　　Defendants. | Case No. CV 04-213-AHS (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting summary adjudication as to:

(a) all claims for monetary damages against all Defendants in their official capacities;

(b) all claims against all Defendants in their individual and/or official capacities for deliberate indifference and medical malpractice relating to Plaintiff's deviated septum;

///

>   Grannis and Valenzuela, in their official and individual capacities, for deliberate indifference and medical malpractice relating to Plaintiff's rigid contact lens;

(3) denying Plaintiff's Motion for Summary Judgment as moot;

(4) dismissing this action with prejudice as to Defendants Shah, Sohi, Tochinda, Grannis, and Valenzuela;

(5) dismissing this action with prejudice as to all Defendants sued in their official capacities with respect to Plaintiff's claims for monetary damages; and

(6) dismissing this action with prejudice as to all Defendants with respect to Plaintiff's claims for deliberate indifference and medical malpractice relating to his deviated septum.[1]

DATED: JUN 10 2008

HONORABLE ALICEMARIE H. STOTLER
Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

---

[1] For ease of reference, what remains of the action are Plaintiff's request for injunctive relief against Defendants Grover, Lam, and Roberts, in their official and individual capacities with respect to Plaintiff's deliberate indifference and medical malpractice claims relating to the rigid contact lens, and for monetary relief against these same three Defendants in their individual capacities, with respect to these same claims.