```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                           SOUTHERN DIVISION


                         CIVIL MINUTES - GENERAL

Case No.:  CV 04-213 AHS (OPx)                    Date: May 29, 2009

Title:     Michael Franco v. Sarva Grover M.D., etc., et al.
===================================================================
PRESENT:   HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

           Ellen Matheson                         Not Present
           Deputy Clerk                           Court Reporter
```

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER:
                (1) CONTINUING ORDER TO SHOW CAUSE;
                (2) STAYING ACTION; AND
                (3) DENYING APPOINTMENT OF COUNSEL

I.   **Order Continuing Order to Show Cause**

On February 5, 2009, the Court issued an Order Setting Date to File Joint Status Report After Referral of Matter to District Judge. On February 23, 2009, plaintiff filed a "Response" to the Court's Order and "Motions." (Dkt. No. 144.) On March 20, 2009, defendants filed a unilateral status report and declaration of Christopher M. Hill.

On March 26, 2009, the Court issued an Order to Show Cause why this action should not be dismissed for plaintiff's failure to prosecute. On April 6, 2009, plaintiff sent a document which was filed as a "Letter" to the Court.[1] (See Dkt. No. 147.) On April 14, 2009, the Court received an additional "Letter," also difficult to decipher, from plaintiff. The Court orders the April 14, 2009 Letter filed and, for purposes of this ruling, construes the documents together as plaintiff's response to the Order to Show Cause.

---

[1] The document, whose contents are difficult to decipher, does not contain a caption but is described as a "Letter" on the Court's docket.

**MINUTES FORM 11**                       **INITIALS OF DEPUTY CLERK** enm
**CIVIL - GEN**    KB              D - M
O:\ECF Ready\CV04-213.Franco-v-Grover.OrdStayingAction.wpd

```
CV 04-213 AHS (OPx)                                      May 29, 2009
Franco v. Grover                                               Page 2
```

Having read and considered plaintiff's response to the Order to Show Cause, as well as the unilateral report and declaration filed by defendants' counsel, the Court hereby orders the due date for plaintiff's response to the Order to Show Cause continued to December 10, 2009.

**II.     Order Staying Action**

Plaintiff's release date from Vacaville is reported to be October 9, 2009. Plaintiff appears to request a stay of this action, and defendants' counsel requests deferral of future proceedings until plaintiff is released. The Court therefore grants a stay of this action to December 10, 2009. No later than December 10, 2009, the parties shall file a Joint Report to the Court for the purpose of complying with the Court's February 5, 2009 Order Setting Date to File Joint Status Report After Referral of Matter to District Judge. The Order to Show Cause directed to plaintiff why the action should not be dismissed for lack of prosecution will be adjudicated upon receipt of the foregoing Joint Report.

**III.    Order Denying Appointment of Counsel**

Plaintiff appears to request appointment of counsel. "The decision to appoint such counsel is within 'the sound discretion of the trial court and is granted only in exceptional circumstances.'" Agyeman v. Corrections Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984)). A finding of exceptional circumstances "requires at least an evaluation of the likelihood of the plaintiff's success on the merits" and consideration of the complexity of the case. Id. The Court finds that neither factor compels a finding of exceptional circumstances. See also, Order of Magistrate Judge Parada, January 8, 2008, so finding. Plaintiff's request for appointment of counsel is denied without prejudice.

The Clerk shall serve this minute order on all parties in this action.